```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF MISSISSIPPI
                    JACKSON DIVISION
```

CANOPIUS US INSURANCE INC.                              PLAINTIFF

VS.                              CIVIL ACTION NO. 3:13CV225TSL-JMR

ARBOR EXPERTS, LLC, GARRETT L.
EVANS, EMILY C. EVANS, MICHAEL
AUDIFFRED,KYMBLE AUDIFFRED and
R. SCOTT BOOTH                                          DEFENDANTS

                            <u>JUDGMENT</u>

In accordance with the court's memorandum opinion and order entered this date, it is ordered and adjudged that this case is dismissed.

SO ORDERED AND ADJUDGED this 5th day of July, 2013.

                                    /s/Tom S. Lee
                                    UNITED STATES DISTRICT JUDGE