```
                    UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF MISSISSIPPI
                         JACKSON DIVISION
```

CANOPIUS US INSURANCE INC.                                PLAINTIFF

VS.                                 CIVIL ACTION NO. 3:13CV225TSL-JMR

ARBOR EXPERTS, LLC, GARRETT L.
EVANS, EMILY C. EVANS, MICHAEL
AUDIFFRED, KYMBLE AUDIFFRED and
R. SCOTT BOOTH                                           DEFENDANTS

## JUDGMENT

In accordance with the court's memorandum opinion and order entered this date, it is ordered and adjudged that this case is dismissed.

SO ORDERED AND ADJUDGED this 5th day of July, 2013.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE